UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE R. NASH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WACHOVIA BANK, WELLS FARGO BANK, and EQUIFAX INFORMATION SYSTEM LLC., and DOES 1-20, inclusive,<br><br>　　　　Defendants. | No. 2:14-cv-850-MCE-EFB PS<br><br><br>ORDER |

　　　　On September 14, 2016, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. Neither party timely filed objections to the findings and recommendations. On September 30, 2016, this Court adopted the findings and recommendations in full.

　　　　On October 4, 2016, plaintiff filed belated objections to the findings and recommendations. Ten days later, she filed a Request for Reconsideration. ECF No. 47. In an abundance of caution, the court will reconsider the September 30, 2016 order adopting the findings and recommendations in light of plaintiff's objections. See Fed. R. Civ. P. 59(e) and 60(b).

///

1     In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this
2 Court has conducted a <u>de novo</u> review of this case, including plaintiff's objections to the findings
3 and recommendations of the magistrate judge. Having carefully reviewed the entire file, the court
4 finds the findings and recommendations to be supported by the record and by proper analysis.
5     Accordingly, IT IS HEREBY ORDERED that the order entered on September 30, 2016
6 (ECF No. 45) adopting in full the findings and recommendations is CONFIRMED, and Plaintiff's
7 Request for Reconsideration (ECF No. 47) is DENIED
8     **IT** IS SO ORDERED.

10 Dated:  October 19, 2016

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE