UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE R. NASH,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>WACHOVIA BANK, WELLS FARGO BANK, EQUIFAX INFORMATION SYSTEM LLC., and DOES 1-20, inclusive,<br><br>　　　　　Defendants. | No.  2:14-cv-850-MCE-EFB PS<br><br><br><br>ORDER |

　　　　On November 17, 2016, defendant Wells Fargo Bank, N.A. filed a motion for judgment on the pleadings pursuant to Federal Rule of Civil Procedure 12(c), and noticed the motion for hearing on December 21, 2016.  ECF No. 50.  Plaintiff failed to timely file a response to the motion.  Accordingly, the hearing on the motion was continued to January 18, 2017, and plaintiff was directed, by no later than January 4, 2017, to file an opposition or statement of non-opposition to the motion and show cause why sanctions should not be imposed for her failure to timely file an opposition or statement of non-opposition to the pending motion.  ECF No. 53.

　　　　In her belated response to the court's order, plaintiff explains that she did not initially receive a copy of Wells Fargo's motion, but that Wells Fargo's counsel faxed her a copy of the
/////

1

motion on January 3, 2017.[1] In light of plaintiff's representations and pro se status, the order to show cause is discharged and the hearing on Wells Fargo's motion will be continued to allow plaintiff an opportunity to file an opposition.

Accordingly, it is hereby ORDERED that:

1. The hearing on defendant's motion for judgment on the pleadings (ECF No. 50) is continued to February 15, 2017 at 10:00 a.m. in Courtroom No. 8.

2. Plaintiff shall file an opposition to the motion, or a statement of non-opposition thereto, no later than February 1, 2017.

3. Failure to file an opposition to the motion will be deemed a statement of non-opposition thereto, and may result in a recommendation that this action be dismissed for lack of prosecution and/or for failure to comply with court orders and this court's Local Rules. *See* Fed. R. Civ. P. 41(b).

4. Defendant may file a reply to plaintiff's opposition, if any, on or before February 8, 2017.

5. The December 15, 2016 order to show cause is discharged and no sanctions are imposed.

DATED: January 13, 2017.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[1] The proof of service filed with Wells Fargo's motion indicates that plaintiff was served by mail a copy of the motion on November 17, 2016. ECF No. 50-1.