UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE R. NASH,<br><br>        Plaintiff,<br><br>    v.<br><br>WACHOVIA BANK, et al.,<br><br>        Defendants. | No. 2:14-cv-00850-MCE-EFB<br><br><br>**ORDER** |

On April 4, 2014, Plaintiff Maurice R. Nash ("Plaintiff"), proceeding pro se, brought this civil action arising out of a dispute between the parties over a vehicle loan on which Plaintiff defaulted. See ECF No. 1. On September 27, 2017, the Court dismissed Plaintiff's Complaint in its entirely. Order, ECF No. 67. Plaintiff filed a Notice of Appeal on October 5, 2017. ECF No. 15. On October 16, 2017, the United States Court of Appeals for the Ninth Circuit referred the matter back to this Court for the limited purpose of determining whether Plaintiff's in forma pauperis status should continue on appeal or whether that status should be revoked because the appeal is frivolous or taken in bad faith. ECF No. 71; see 28 U.S.C. § 1915(a)(3).

    Plaintiff's appeal is not taken in good faith because she fails to present an "arguable basis in fact or law" to support her position. O'Loughlin v. Doe, 920 F.2d 614, 617 (9th Cir. 1990). Her Federal Debt Collections Practices Act claim is clearly time-

barred, her complaint is devoid of allegations indicating that any conduct was the result of state action as required to state a Fourteenth Amendment claim, and the Court properly declined to exercise supplemental jurisdiction over her remaining state claim. See ECF Nos. 66, 67.

Plaintiff's in forma pauperis status is thus REVOKED. The Clerk of the Court is ordered to TRANSMIT a copy of this Order to the Clerk of the Court of the United States Court of Appeals for the Ninth Circuit for filing on the docket of Case No. 17-17028.

IT IS SO ORDERED.

Dated: November 2, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE